IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFONSO GREEN WIGGINS,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL #56, ANTHONY R. CINAGLIA, JACK SWIFT, HEINZ NORTH AMERICA, and WILLIAM H. MCNEECE,<br><br>              Defendants. | HON. JEROME B. SIMANDLE<br><br>CIVIL NO. 04-3797<br><br>**ORDER** |

    This matter having come before the Court on the motion for summary judgment by Defendant Jack Swift [Docket Item 71]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this **31st** day of **March, 2008** hereby

    ORDERED that the motion for summary judgment shall be, and hereby is, **GRANTED as to Jack Swift and Anthony Cinaglia**; and

    IT IS FURTHER ORDERED that the Clerk shall cause the case to be closed upon the Docket.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      United States District Judge